IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SPIRIT COMMERCIAL AUTO RISK  :
RETENTION GROUP, SANDEEP
BADWALSIGN and INDY FREIGHT, INC.  :   CASE NO. 5:18-cv-31

          PLAINTIFFS  :

vs.  :

RANDALL RYAN SHREVE, *et al.*  :

          DEFENDANTS  :

---

**ORDER GRANTING ORDER OF PARTIAL DISMISSAL**

---

    On a former day came counsel for certain claimants and did request this Court to enter an Order dismissing all claimants and associated claims who have satisfied the requirements set forth in this Court's Order entered on December 11, 2018 at Doc. # 78. Upon considering the request and status of this litigation, and upon receiving no objection to the entry of the Order, the Court does hereby Order:

    As to any and all claimants that have complied with this Court's Order, Doc. # 78, and received his/her settlement proceeds as awarded by the Special Master, and executed the required release, all claims associated with those claimants are hereby dismissed with prejudice.

DATED THIS  21ST  DAY OF  AUGUST , 2019.

                                            /s/ Frederick P. Stamp, Jr.
                                            FREDERICK P. STAMP, JR.
                                            UNITED STATES DISTRICT JUDGE

Distribution to:

Electronic notice to all counsel of record.