AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

Spirit Commercial Auto Risk Retention Group, Sandeep Badwalsigh, and Indy Freight, Inc.
*Plaintiff*

Randall Ryan Shreve, Kasee Renee Porter, Gerry W. Harris, Jr., Matthew Joseph Pitzer, Aaron Jackson, Karen N. Barnett, Cynthia G. Drane, David Weston, Frederick Dean Connors, William A. Heinbaugh, Angela R. Aubihil, Vicky L. Posey, Jessica Leigh Allen, Robert S. Powers, Jodi Shackelford, Jeffrey Douglas Shackelford, Andew J. Zeiger, Sandra L. Heinbaugh, William Heinbaugh, N..K, a minor, M.A, a minor, Pamela Lipscomb, Diana Shackelford, Bethani A. Shackelford, Elizabeth Barnett, Brooke N. Drane, Tierra N. Brawner, Trey M. Brawner, Terence D. Brawner, Bobby Jo Weston, E.W., a minor, B.W., a minor, and Bruce Davidson

*Defendant*

Civil Action No. 5:18-CV-31

FILED
AUG 21 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ other: Motion for Attorney Fees is Granted; Plaintiffs, Sandeep Badwalsigh and Indy Freight, Inc., are to pay plaintiffs' portion of Special Master's Fee in the amount of $11,920.85 to Stephen J. Dalesio and Guardian Ad Litem Fees, in the amount of $3,632.11, consisting of $1,275.00 to Jeffrey D. Kaiser and $2,357.11 to Ryan P. Orth. This Civil Action is DISMISSED WITH PREJUDICE and RETIRED from docket of this Court.

☑ decided by Judge FREDERICK P. STAMP, JR.

Date: 08/21/2019

**Cheryl Dean Riley**
*CLERK OF COURT*
By: S.O. Abraham, Deputy Clerk